

# Palmetto State Armory

## Order #32102456229

Order Date: December 8, 2016

### Shipping Address
scott kuhl
ARMAGEDDON SUPPLIES
2144 HWY 14 WEST
(262) 909-2247
JANESVILLE, Wisconsin, 53545
United States
T: (262) 909-2247

### Shipping Method
UPS Ground

### Billing Address
scott kuhl
armageddon supplies
2144 hwy 14 west
janesville, Wisconsin, 53545
United States
T: 262-909-2247

### Payment Method
Credit Card
Credit Card Type:
Visa
Credit Card Number:
xxxx-5007

## Items Ordered

| Product Name | SKU | Price | Qty | Subtotal |
|---|---|---|---|---|
| PSA Stripped Billet 9mm Glock© Lower w/mag Catch Assembly and Ejector, Matte Finish BLEM- 7790729 | 7790729 | $119.99 | Ordered: 3<br>Shipped: 3 | $359.97 |
| | | Shipping & Handling | | $0.00 |
| | | Grand Total (Excl.Tax) | | $359.97 |
| | | Tax | | $0.00 |
| | | Grand Total (Incl.Tax) | | $359.97 |

SW G007234
G007454
G007479

IN

21 Dec - 16

GOVERNMENT EXHIBIT

EXHIBIT 3-2R